■ In the Matter of ALLAH KASIEM, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of Department of Correctional Services, et al., Respondents. [606 NYS2d 1021] —Judgment unanimously reversed on the law, motion denied and petition reinstated (see, Matter of Edwards v Coughlin, 191 AD2d 1044). (Appeal from Judgment of Supreme Court, Wyoming

County, Griffith, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Boehm, JJ.